COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Kelsey, Beales and Senior Judge Clements


SHANNA HILEMAN

                                               MEMORANDUM OPINION[*]

v.   Record No. 2110-13-3                                 PER CURIAM
                                               MARCH 11, 2014

HOME NURSING COMPANY, INC. AND
  UNITED WISCONSIN INSURANCE COMPANY


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Stephen W. Mullins, on brief), for appellant.

(Amanda S. Tapscott; McCandlish Holton, P.C., on brief), for
appellees.


Shanna Hileman (claimant) appeals a ruling of the Workers' Compensation Commission

that Home Nursing Company, Inc., and its insurer, United Wisconsin Insurance Company,

sustained their burden of proving that, as of April 15, 2013, claimant was capable of returning to

work as a home health nurse, her employment prior to her compensable injury by accident on

September 18, 2010.  On appeal, claimant argues the commission erred because 1) Dr. John

Testerman did not unambiguously release her to pre-injury work, and 2) any purported release

was ineffectual as it was not communicated to her.  We have reviewed the record and the

commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the

reasons stated by the commission in its final opinion.  See Hileman v. Home Nursing Co., Inc,

VWC File VA00000348887 (Oct. 3, 2013).  We dispense with oral argument and summarily

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

affirm because the facts and legal contentions are adequately presented in the materials before

the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>